## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: **JANET S. BAER**

Hearing Date: October 19, 2018

Bankruptcy Case No.: 13-10766

Adversary No.:

Title of Case In re: Javier Diaz and Elisa Diaz

Brief Statement of Motion: Debtor's Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 (Dkt #51)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED** that:

A new response is due to be filed on or before November 19, 2018.

A new reply is due to be filed on or before December 3, 2018.

Set for status on December 14, 2018 at 10:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134.

By: /s/ Janet S. Baer

Janet S. Baer