UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JANET S. BAER**
Hearing Date: December 14, 2018
Bankruptcy Case No.: 13-10766
Adversary No.:

Title of Case In re: Javier Diaz and Elisa Diaz

Brief Statement of Motion: Debtor's Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 (Dkt #51)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

IT IS HEREBY ORDERED that:

Ch. 13 Trustee's response is due to be filed on or before January 11, 2019.

Replies are due to be filed on or before January 25, 2019.

Set for status on February 1, 2019 at 10:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134.

By: /s/ Janet S. Baer

Janet S. Baer