# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 13-10766 |
| | ) | |
| Javier Diaz and | ) | Chapter 13 |
| Elisa Diaz, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtors. | ) | |

## ORDER DETERMINING FINAL CURE

This matter coming before the Court on the motion of the Debtors, Javier Diaz and Elisa Diaz, by and through their attorneys, Costello & Costello, P.C., for entry of an order determining final cure, due notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED, for the reasons stated on the record on February 1, 2019, that the mortgage on the Debtors' residence, represented by the claim filed by Wells Fargo Bank as Claim No. 4-1, which is now held and/or serviced by Wilmington Savings Fund Society or Faye Servicing LLC be and it is hereby determined to be fully cured and current in all payments due as of this date.

DATED: February 1, 2019

ENTER:

_Janet S. Baer_

Honorable Janet S. Baer
United States Bankruptcy Judge