IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Javier Diaz )  13 B 10766
     Elisa Diaz )
)
         Debtor(s) )  Judge Janet S Baer

## AGREED ORDER TO RECOVER PAYMENTS

**THIS MATTER** coming to be heard upon the motion of the Debtors, Javier Diaz and Elisa Diaz, by and through their attorneys Costello & Costello, P.C., to enter an order determining final mortgage cure, notice having been given, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee is to recover and collect from the timely filed unsecured creditors all amounts paid to them in excess of the allowed 19.712% to allow payment in full for the mortgage arrears as per claim #4-1 to the current servicer Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, d/b/a/ Christiana Trust, not individually but as trustee for Hillsdale Trust.

| CREDITOR | CLAIM AMOUNT | AMOUNT PAID | 19.712% DIVIDEND | EXCESS TO BE COLLECTED |
|---|---|---|---|---|
| Fifth Third Bank | $ 34,440.77 | $ 20,844.54 | $ 6,788.80 | $ 14,055.74 |
| Portfolio Recovery | $ 1,445.16 | $ 874.65 | $ 284.86 | $ 589.79 |
| Cerastes LLC | $ 482.54 | $ 292.05 | $ 95.12 | $ 196.93 |
| Fifth Third Bank (credit card) | $ 1,523.73 | $ 922.21 | $ 300.35 | $ 621.86 |
| Portfolio Recovery | $ 126.19 | $ 76.37 | $ 24.87 | $ 51.50 |
| Ecast Settlement | $ 192.23 | $ 116.34 | $ 37.89 | $ 78.45 |
| Quantum 3 Group | $ 7,491.68 | $ 4,534.18 | $ 1,476.72 | $ 3,057.46 |
| Total | $ 45,702.30 | $ 27,660.34 | $ 9,008.61 | $ 18,651.73 |

This matter is set for further status on June 21, 2019 at 10:00 am at Kane County Courthouse, 100 S 3rd Street, Room 240, Geneva, Illinois 60134 for the Trustee's Report on recovery efforts.

**AGREED:**  /s/  Stephen J Costello
Stephen J Costello ARDC #6187315
Costello & Costello, P.C.
19 N. Western Ave (Rt.31)
Carpentersville, IL 60110
(847) 428-4544


/s/  Dana O'Brien
Dana O'Brien  ARDC #6256415
McCalla Raymer Leibert Pierce, LLC
1 N Dearborn Ave, Ste 1200
Chicago, IL  60602
(312) 346-9088


/s/  Carolyn A Suzzi
Attorney for the Trustee
Office of Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd, Ste 650
Lisle, IL  60532
(630) 981-3888


Entered: 2/12/2019

_____
Bankruptcy Judge

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd #650
Lisle, IL 60532-4350
(630) 981-3888