# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-10766 |
| Javier Diaz and Elisa Diaz, | Chapter 13 |
| Debtors. | Honorable Janet S. Baer |

## SCHEDULING ORDER

This matter coming before the Court on the Debtors' Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1, (Docket No. 51),

IT IS HEREBY ORDERED THAT:

1. The status hearing previously scheduled for June 21, 2019 at 10:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134 is stricken.
2. The status hearing is rescheduled to June 28, 2019 at 10:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134.

DATED: May 8, 2019

ENTER:

_/s/ Janet S. Baer_
Honorable Janet S. Baer
United States Bankruptcy Judge

In re: Javier Diaz and Elisa Diaz
Case No. 13-10766

## CERTIFICATE OF SERVICE

I, Alex Dragonetti, certify that on May 8, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Alex Dragonetti*
Courtroom Deputy

### Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Peter C Bastianen
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527

Terri M Long
Law Office of Terri M. Long
2056 Ridge Road
Homewood, IL 60430

Glenn B Stearns
Carolyn A Suzzi
801 Warrenville Road
Suite 650
Lisle, IL 60532

Stephen J Costello
Costello & Costello
1351 Silver Hawk Way
Chula Vista, CA 91915

Andrew J Nelson
Dana N O'Brien
Toni Townsend
MRPierce, LLC, d/b/a McCalla Raym et.al.
1 North Dearborn St. Suite 1300
Chicago, IL 60602